United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LUIS BRAVO,<br><br>                Plaintiff,<br><br>        v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGIES, LLC,<br><br>                Defendant. | Case No. 16-CV-00721-LHK<br><br>**ORDER DIRECTING PARTIES TO<br>FILE A JOINT CASE MANAGEMENT<br>STATEMENT** |

        The parties have failed to file a Joint Case Management Statement 7 days in advance of the

Initial Case Management Conference set for May 11, 2016 at 2:00 p.m., as required under Federal

Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the

parties to file one Joint Case Management Statement by Monday, May 9, 2016, at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: May 5, 2016

_____
LUCY H. KOH
United States District Judge

1