1  Thomas J. D'Amato – 219174 (tdamato@mpbf.com)
   Adam M. Koss – 245465 (akoss@mpbf.com)
2  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
3  San Francisco, CA  94108-5530
   Telephone:     (415) 788-1900
4  Facsimile:     (415) 393-8087

5  Attorneys for Defendant
   ADVANCED CALL CENTER TECHNOLOGIES,
6  LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LUIS BRAVO, on Behalf of Himself and all Others Similarly Situated, | Case No.: 5:16-CV-00721-LHK |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -
STIPULATION OF DISMISSAL                                         CASE NO.
                                                                 5:16-CV-00721-LHK

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiff LUIS BRAVO and Defendant ADVANCED CALL CENTER TECHNOLOGIES, LLC, through their respective counsel, that the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear its own fees and costs.

Dated: May 5, 2016

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Adam M. Koss
    Adam M. Koss
    Attorneys for Defendant
    ADVANCED CALL CENTER TECHNOLOGIES, LLC

Dated:  May 5, 2016

BURSOR & FISHER

By /s/ Yeremey O. Krivoshey
    Yeremey O. Krivoshey
    Attorneys for Plaintiff
    LUIS BRAVO

## Attestation Pursuant to Local Rule 5-1

Pursuant to Local Rule 5-1(i)(3), the undersigned filer hereby attests that concurrence in the filing of this document has been obtained from each of the other Signatories.

By /s/ Adam M. Koss
    Adam M. Koss

AMK.21069227.docx